UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS


Mikhail V. Shevchenko

                Plaintiff(s)


V.                                           CIVIL ACTION NO. 20-11314-DJC


Michael J. McCleary,
Denis C. Riordan and       Defendant(s)
Ken Cuccinelli


CASPER, D.J.

## ORDER OF REMAND

In accordance with the Electronic Order entered October 7, 2020 granting parties joint

motion to remand, D. 7; it is hereby ORDERED:

Case is REMANDED to USCIS.


                                         Robert M. Farrell, Clerk

October 7 2020                               By: /s/ Haley Currre
                                         Deputy Clerk